**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTICT OF OHIO**
**WESTERN DIVISION**

SOLOMON KOFI AGBO
Plaintiff,

vs.

MARKWAYNE MULLIN, SECRETARY, U.S. DEPT. OF HOMELAND SECURITY, ET AL.,
Defendants.

Case No. 1:26-cv-931
Byrne, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court on pro se plaintiff Solomon Kofi Agbo's motion to voluntarily dismiss this case. (Doc. 5). Under Rule 41(a)(1)(A)(i), a plaintiff "may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. . . ." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court therefore construes plaintiff's motion as a notice of voluntary dismissal under that Rule, and the Clerk is hereby **DIRECTED** to close this case on the docket of the Court.

**IT IS SO ORDERED**.

Date: 10/6/2026

Karen L. Litkovitz
Karen L. Litkovitz
United States Magistrate Judge